IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,[1]

Bankruptcy Case No. 00-2426 PJW

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>TECH DATA CORP., Defendant. | Civil Action No. 04-148 GMS<br>(Original filed in this Action)<br>Adversary Case No. 02-03496 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>DELL COMPUTER CORPORATION, Defendant. | Civil Action No. 04-582 GMS<br><br>Adversary Case No. 02-03499 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>LEXMARK INTERNATIONAL, INC., Defendant. | Civil Action No. 04-583 GMS<br><br>Adversary Case No. 02-03500 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>RESILIEN INC. *et al.*, Defendant. | Civil Action No. 04-584 GMS<br><br>Adversary Case No. 02-03501 PJW |
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>INGRAM ENTERTAINMENT INC., successor in interest to NASHVILLE COMPUTER LIQUIDATORS, Defendant. | Civil Action No. 04-593 GMS<br><br>Adversary Case No. 02-03960 PJW |

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

42125-003\DOCS_LA:140547.1

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, Plaintiff,<br>v.<br>SIGMA DATA INC., Defendant. | Civil Action No. 04-601 GMS<br><br>Adversary Case No. 02-04441 PJW |

## NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE AT INGRAM ENTERTAINMENT; NOTICE OF DEPOSITION OF EXPERT WITNESS

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7030 and 9014, Inacom Corp. ("Plaintiff" or "Inacom") will take the deposition(s) of the Person Most Knowledgeable at Ingram Entertainment, who has been identified as Steven Gadsey. The deposition(s) will commence on August 3, 2005, at 10:00 a.m., and will continue from day to day, excluding holidays and weekends, until completed. Further, upon agreement of the Parties the deposition of Ingram Entertainment's expert, Steven Gadsey, will be taken immediately following the conclusion of his percipient witness testimony.

The deposition(s) by oral examination will be taken at Ingram Entertainment located at Two Ingram Blvd, La Vergne, Tennessee 37089 before a notary public or an officer authorized by law to administer oaths upon oral examination, and will be recorded by a certified court reporter by stenographic method through the use of realtime or otherwise, and/or by audio or video recording.

Respectfully submitted this 19 day of July 2005.

       PACHULSKI, STANG, ZIEHL, YOUNG, JONES
       & WEINTRAUB P.C.

       /s/
       _____
       Laura Davis Jones (DE Bar No. 2436)
       Andrew W. Caine (CA Bar No. 110345)
       Jeffrey P. Nolan (CA Bar No. 158923)
       10100 Santa Monica Blvd.
       11th Floor
       Los Angeles, California 90067-4100
       Telephone: 310/277-6910
       Facsimile: 310/201-0760

       Counsel for Debtors and Debtors in Possession
       INACOM CORP.