IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: )<br>INACOM CORPORATION )<br>)<br>Debtor )<br>)<br>INACOM CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIGMA DATA, INC. )<br>)<br>Defendant. ) | Chapter 11<br><br>Bankr. Case. No. 00-02426<br><br><br><br><br><br>Civil Action No. 04-601 GMS<br><br>Adv. No. 02-4441 |

## **ORDER**

WHEREAS, on June 25, 2004, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 1);

WHEREAS, on January 13, 2005, a proposed scheduling order was filed by the parties and approved by the court on February 11, 2005 (D.I. 11);

WHEREAS, on May 4, 2005, a Notice of Service of Plaintiff's Disclosure of Expert Witnesses was filed (D.I. 13);

WHEREAS, on August 2, 2005, Notices to take Depositions were filed (D.I. 14 and 15);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

April 19, 2007