IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br>INACOM CORPORATION<br><br>            Debtor | Chapter 11<br><br>Bankr. Case. No. 00-02426 |
| INACOM CORPORATION<br><br>            Plaintiff,<br><br>        v.<br><br>SIGMA DATA, INC.<br><br>            Defendant. | Civil Action No. 04-601 GMS<br><br>Adv. No. 02-4441 |

### ORDER

WHEREAS, on June 25, 2004, an Order granting the motion to withdraw the reference was issued by the Court (D.I. 1);

WHEREAS, on April 19, 2007, an Order was issued by the court directing the plaintiff to show cause within thirty (30) days why this case should not be dismissed for failure to prosecute pursuant to District of Delaware Local Rule 41.1 (D.I. 16);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

September __14__, 2007



FILED

SEP 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE